UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
DEC 14 2006

---

UNITED STATES OF AMERICA,   CR05-40144

    Plaintiff,

vs.   FINAL ORDER OF FORFEITURE

ERIC J. FRANKMAN,

    Defendant.

---

WHEREAS, on April 20, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit the following described property:

> a Lexmark X83 color printer, Model #4403-002 and a package of paper.

WHEREAS, the United States caused to be published in the Dell Rapids Tribune, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, notice was served by mail upon counsel for Defendant Eric J. Frankman on April 27, 2006, and

WHEREAS, no timely claims have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the

Lexmark X83 color printer, Model #4403-002 and a package of paper,

is hereby forfeited to the United States pursuant to 18 U.S.C. § 982(a)(2)(B).

FURTHER ORDERED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

Dated: December 14, 2006.

BY THE COURT:

_____
LAWRENCE L. PIERSOL
District Court Judge

ATTEST:
Joseph Haas, Clerk

By: _____
    Deputy Clerk